UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: September 18, 2025                  Judge: Hon. James Donato

Time: 16 Minutes

Case No.      **3:25-cv-03757-JD**
Case Name    **Ask v. Nissan North America, Inc. et al.**

Attorney for Plaintiff:     Daniel Lebel
Attorneys for Defendants:   Amir Nassih/Kara Flageollet

Deputy Clerk: Lisa R. Clark              Court Reporter: Andrea Bluedorn

PROCEEDINGS

Case management conference -- Held.

NOTES AND ORDERS

The case is referred to the Court's ADR Program for mediation pursuant to ADR Local Rule 6-2. The parties will file by September 25, 2025, a joint statement identifying the selected mediator.

The case is stayed in all other respects through November 3, 2025. The parties will file by October 30, 2025, a joint statement on the status of mediation.