UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deborah Ask,<br><br>        Plaintiff,<br><br>    v.<br><br>Nissan North America, Inc., et al.,<br><br>        Defendant. | Case No. 25-cv-03757-JD<br><br>**NOTICE OF APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Christopher Cox
> Cox ADR LLC
> P.O. Box 620676
> Woodside, CA 94062
> (650) 212-6410
> chris.cox@coxadr.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
25-cv-03757-JD

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: September 24, 2025

          MARK B. BUSBY
          Clerk of Court
          by:  Alice M. Fiel

_____
ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov